UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:26-cr- 00158-MTK |
| v. | INDICTMENT |
| HEATHER LYNN CASAS, | 18 U.S.C. § 656 |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

## COUNT 1
### (Bank Theft, Embezzlement, or Misapplication by Bank Officer or Employee)
### (18 U.S.C. § 656)

Between August 8, 2024, and December 30, 2024, in the District of Oregon, defendant

HEATHER LYNN CASAS, being an employee of Umpqua Bank, a bank whose deposits are

insured by the Federal Deposit Insurance Corporation, with intent to injure and defraud Umpqua

Bank, willfully embezzled and purloined the sum of approximately $1,869,300 of the moneys

and funds of Umpqua Bank.

All in violation of Title 18, United States Code Section 656.

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Count 1 of this Indictment, defendant

HEATHER CASAS shall forfeit to the United States pursuant to 18 U.S.C.

**Indictment**                                                                                         **Page 1**

§ 982(a)(2) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation(s), including but not limited to the following:

A sum of money equal to $1,869,300 in United States Currency, representing the amount of proceeds obtained as a result of the offense, in the form of a money judgment.

If any forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above, including but not limited to the following:

Dated: May 14, 2026

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

JOSEPH H. HUYNH, DC #495403
Assistant United States Attorney

**Indictment**                                                                                   **Page 2**